THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT
BE CITED OR RELIED ON AS PRECEDENT 
 IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), 
 SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Donoven Autry,       
Appellant.
 
 
 

Appeal From Chesterfield County
Paul M. Burch, Circuit Court Judge

Unpublished Opinion No. 2004-UP-246
Submitted February 23, 2004  Filed 
 April 15, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, Office of Appellate 
 Defense, of Columbia, for Appellant,
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia; and Solicitor Jay E. Hodge, Jr., of Darlington, for Respondent.
 
 
 

PER CURIAM:  Appellant pled guilty to carjacking 
 causing great bodily injury and was sentenced to eight years in prison.  Pursuant 
 to Anders v. California, 386 U.S. 738 (1967), Appellants counsel attached 
 a petition to be relieved.  Appellant did not file a pro se response.    

After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss this appeal and 
 grant counsels petition to be relieved. [1]     
APPEAL DISMISSED.
GOOLSBY, HOWARD, and KITTREDGE, JJ., concur.  
  

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.